Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

NORTHERN District of MINNESOTA

ST. PAUL Division

**RECEIVED**

**OCT 0 4 2023**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

|  |  |
|---|---|
| BILL LIETZKE | Case No.    23-cv-3081 WMW/DLM |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| **-v-** | |
| CITY OF BIRMINGHAM, ET AL<br>PATRICK D. SMITH. CHIEF | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



**SCANNED**

OCT 0 4 2023

U.S. DISTRICT COURT ST. PAUL

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bill Lietzke

Address: P. O. Box 4732

| Montgomery | Alabama | 36104 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County: Montgomery

Telephone Number:

E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Greyhound Lines, Inc.

Job or Title *(if known)*: 1801 Morris Avenue

Address: Birmingham, Alabama 35203

| | *City* | *State* | *Zip Code* |
|---|---|---|---|

County: Montgomery

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name: City of Birmingham, Et Al

Job or Title *(if known)*: 1710 First Avenue North

Address: Birmingham, Alabama 35203

| *City* | *State* | *Zip Code* |
|---|---|---|

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity  ☒ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First Amendment rights, Fourth Amendment rights, Fifth Amendment rights, and Fourteenth Amendment rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under Title 42, U.S.C., Section 1983, the Plaintiff demonstrated the deprivation of a federal constitutional or statutory right and the deprivation was committed by the Defendants acting under color of law, Salvato v. Miley, 790 F. 3d 1286, 1295 (11th Cir. 2015).

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

In the State of Alabama, Greyhound Bus Station, 1801 Morris Avenue, Birmingham, Alabama after arriving at Birmingham, Alabama Greyhound Lines bus terminal from the Nashville, Tennessee Greyhound Lines bus terminal .

B.      What date and approximate time did the events giving rise to your claim(s) occur?

On or about April 20, 2018

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or about April 20, 2018, when the Plaintiff complained about the Greyhound Bus Station employee accosting the Plaintiff at the Birmingham Greyhound bus terminal, and complained how Greyhound is rude to their passengers to the City of Birmingham, Et Al police, uniformed Greyhound guards who were perhaps Birmingham police exit the Greyhound bus terminal making physical contact with the Plaintiff and yelling in the Plaintiff's face. The Plaintiff replied, "Shut up." The Greyhound bus terminal guard then shoved and pushed the Plaintiff to the police cars to the other police officers and Birmingham police transported the Plaintiff to Birmingham City Jail for nothing.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Intentional Infliction of Emotional Distress, False Imprisonment, and Harassment of the Plaintiff

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

16. IF ANYBODY OR ANYTHING FROM ANY AREA IN ALABAMA OR TEXAS, AND FROM ANY PLACE IN ALABAMA OR TEXAS CONTACTS THE PLAINTIFF IN THESE CASES, BILL LIETZKE, BY WAY OF UNITED STATES POSTAL SERVICE, U.P.S., OR BY ANY OTHER KIND OF WAY, ANY AND ALL AFOREMENTIONED VIOLATORS WILL BE SUBJECT TO CRIMINAL PROSECUTION IMMEDIATELY BY THE F B I, THE A T F, THE C I A, AND/OR THE F C C FOR THE CRIME OF HARASSMENT COMMUNICATIONS AND ALL OTHER CRIMINAL OFFENSES THAT THE DISTRICT OF MINNESOTA DEEMS APPROPRIATE.

The Plaintiff's False Imprisonment and Harassment incidents warrant Punitive, Actual, and Compensatory Damages of $100,000,000.00. Serve these Summons and civil rights cases on ALL Defendants in ALL cases IMMEDIATELY, and Defendants must answer the Complaints IMMEDIATELY, not in 21 days.

WARNING: Unknown, undisclosed, and unidentified United States Postal Services, (United States post offices) and any agents, servants, and employees thereof, will open, tamper with, and even STEAL the Plaintiff's letters from the St. Paul, Minnesota District of Minnesota United States District Court, containing any informations and any writings therefrom, whether it is the outgoing mail from St. Paul, Minnesota, or the outgoing mail from the Plaintiff to St. Paul, Minnesota.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     SEPTEMBER 27, 2023

Signature of Plaintiff
Printed Name of Plaintiff     BILL LIETZKE

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

| | City | State | Zip Code |
|---|---|---|---|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

| | City | State | Zip Code |
|---|---|---|---|

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

B.      What date and approximate time did the events giving rise to your claim(s) occur?

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____

Printed Name of Plaintiff     _____

### B.   For Attorneys

Date of signing: _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

         *City*       *State*       *Zip Code*

Telephone Number     _____

E-mail Address     _____

BILL LIETZKE
P. O. BOX 4732
MONTGOMERY, ALABAMA   36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF

BILL LIETZKE,                        ) CASE NO.
                                     )
                    PLAINTIFF,       )
                                     )
VS.                                  )
                                     )
CITY OF BIRMINGHAM, ET AL,           )
PATRICK D. SMITH, CHIEF,             )
                                     )
                    DEFENDANTS.      )

1. And I looked and beheld a pale horse, YOU, and the name of them that sat upon it was Death, YOU, and Hell followed, YOU, and it set out to conquer a fourth part of the Earth, to kill with the sword, and with hunger, and with the beasts of the Earth, and with Death, YOU.

2. And I saw the Great White Throne Judgment, and Him that sat upon it from whose face the Earth and Heaven fled away, and there was found no place for them, YOU, and I saw the dead, YOU, both great and small, and the books were opened, YOU, and another book was opened which is the Book of Life, and the dead, YOU, and the dead, YOU, and the dead, YOU, were judged out of those things which were written in the books according to their works.

3. And Death and Hell, YOU, were cast into the Lake of Fire, YOU. This is the Second Death, YOU. And whosoever, YOU, was not found written in the Book of Life was cast into the Lake of Fire, YOU. VALIDATED, VERIFIED, CERTIFIED, AND CONFIRMED, MAY 12, 2020

4. Jurisdiction founded on the existence of a federal question and amount in controversy.

5. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

6. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00.

7. About or around April 20, 2018, at about 5:30p.m., on the date the Plaintiff arrived at the Birmingham, Alabama Greyhound Lines terminal by Greyhound bus from the Nashville, Tennessee Greyhound Lines terminal, the City of Birmingham, Et Al procured the false imprisonment of, unlawful arrest of, harassment of, and unlawful violation of the personal liberty of the Plaintiff for any appreciable time, however brief. The City of Birmingham, Et Al committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therefor and for any appreciable time however brief in the Birmingham City Jail. The City of Birmingham, Et Al purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other unreasonable duress without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially cause by the Defendants' conduct.

8. About or around April 20, 2018, at about 5:30p.m., the City of Birmingham, Et Al struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to unlawful physical contacts.

9. As a proximate result of the Defendants' acts, the City of Birmingham, Et Al violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, Fifth Amendment, Sixth Amendment, Seventh Amendment, and Fourteenth Amendment rights of the United States Constitution.

Wherefore Plaintiff will receive this Judgment , Wherefore Plaintiff orders this Judgement, Wherefore Plaintiff demands this Judgment, WHEREFORE THIS IS YOUR JUDGMENT: